UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRIAN McKENZIE,
*on behalf of himself and all other employees similarly situated,*

          *Plaintiffs,*

v.

UNITED FINANCIAL MORTGAGE COMPANY,

          *Defendant.*

CONSENTS TO BECOME PARTY PLAINTIFFS

Civil Action
No. 05-CV-6067

Plaintiffs hereby file consents to become party plaintiffs signed by Pam Capuano, Timothy A. Bowen and Charles E. Young.

## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the United Financial Mortgage Corporation's failure to pay me wages and/or overtime as required under state and federal law and also authorize the filing of this consent in the action(s) challenging such conduct. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Pam Capuano_    4/27/05    _Pam Capuano_
**Signature**            **Date**           **Print Name**

H:\McKenzie, B\Consent to Opt In.doc

## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the United Financial Mortgage Corporation's failure to pay me wages and/or overtime as required under state and federal law and also authorize the filing of this consent in the action(s) challenging such conduct. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____    4/27/05    Timothy A. Bowen_____
Signature                  Date       Print Name

H:\McKenzie, B\Consent to Opt In.doc

## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the United Financial Mortgage Corporation's failure to pay me wages and/or overtime as required under state and federal law and also authorize the filing of this consent in the action(s) challenging such conduct. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____   4-27-05   Charles E Young
**Signature**                 **Date**       **Print Name**

H:\McKenzie, B\Consent to Opt In.doc