**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

October 14, 2005



**VIA FACSIMILE AND U.S. MAIL**

Honorable David G. Larimer
United States District Court
Western District of New York
2120 U.S. Courthouse
Rochester, New York 14614

Re: <u>McKenzie, et al. v. United Financial Mortgage Corporation</u>
Civil Action No. 05-CV-6067L(P)

Dear Judge Larimer:

Your Honor ordered that papers responding to defendant's motion to compel arbitration be filed by today. Plaintiffs respectfully request an extension through October 28, 2005 to file responding papers. Plaintiffs' counsel has contacted defendant's counsel, and defendant's counsel does not oppose this request.

If this meets with your Honor's approval we would appreciate it being entered as an Order. Thank you for your courtesies in this matter.

Respectfully submitted,

Michael J. Lingle

cc: Mark S. Wenger, Esq. (via email)

**SO ORDERED:**

_/s/ David G. Larimer_
Honorable David G. Larimer
United States District Court Judge
October 18, 2005

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
mlingle@theemploymentattorneys.com • www.theemploymentattorneys.com

H:\McKenzie, B\Letters\Larimer, J 10-14-05.doc