AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

Brian McKenzie on behalf of himself and all other employees similarly situated, et al.,
*Plaintiff*
v.
United Financial Mortgage Company,
*Defendant*

)
)
)
)
)
)

Civil Action No.   05cv6067

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   David G. Larimer   on a motion for   dismissal granting plaintiffs' motion to dismiss the case with prejudice.

Date:   10/29/2013

CLERK OF COURT

*Michael J. Roemer*

*Signature of Clerk or Deputy Clerk*